NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC
AMERICA, INC.,**
*Defendants-Appellants,*

**and**

**BEL FUSE, INC., CHEROKEE INTERNATIONAL
CORP., DELTA ELECTRONICS, INC., DELTA
PRODUCTS CORP., LINEAGE POWER CORP.,
MURATA ELECTRONICS NORTH AMERICA, INC.,
MURATA MANUFACTURING CO., LTD., MURATA
POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants.*

---

2011-1191

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

**ON MOTION**

---

Before LINN, *Circuit Judge*.

## ORDER

Astec America, Inc. submits a motion for a stay, pending appeal, of the injunction entered by the United States District Court for the Eastern District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

SynQor, Inc. is directed to respond no later than February 4, 2011. The injunction is temporarily stayed to the extent that it applies to products listed on page 2 of Astec's motion that it asserts are sold by Astec to Cisco Systems, Inc. and Juniper Networks, Inc., pending this court's consideration of the papers submitted.

FOR THE COURT

JAN 3 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Thomas D. Rein, Esq.
Steven Nelson Williams, Esq.
Avin P. Sharma, Esq.
Michael J. Newton, Esq.
Alan D. Smith, Esq.
Earl Glenn Thames, Jr., Esq.
Eric W. Benisek, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2011

JAN HORBALY
CLERK